1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10   DARRIS DAVIS,                              Case No.  3:13-cv-1556-RS

11                      Plaintiff(s),            [~~PROPOSED~~] ORDER GRANTING
                                                 **JOINT STIPULATION TO STAY**
12          v.                                   **PROCEEDINGS PENDING RULING**
                                                 **BY MDL PANEL**
13   HOWMEDICA OSTEONICS CORP. d/b/a
     STRYKER ORTHOPAEDICS,
14
                          Defendant(s).
15

16
         **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
17
             After consideration of Plaintiff Darris Davis and Defendant Howmedica Osteonics
18
     Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)'s Joint Stipulation to
19
     Stay Proceedings Pending Ruling by MDL Panel, and good cause appearing, it is hereby
20
     ordered that the Joint Stipulation is **GRANTED**.  All proceedings in this action are hereby
21
     stayed and all current deadlines are vacated pending the Judicial Panel on Multidistrict
22
     Litigation's decision on the pending transfer request.
23
         **IT IS SO ORDERED.**
24
     Dated: _____5/7/13_____
25
26                                            _____
                                              The Honorable Richard Seeborg
27
28
                                              **1**
LA/2229812v1